FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNICA HANSON and BRIAN SHAFFER, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | No. 2:22-CV-00158-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 23** |

Before the Court is the parties' Stipulated Dismissal with Prejudice and Without Costs and Fees, ECF No. 23.  The parties stipulate to dismissal of all claims and causes of action, with prejudice and without an award of fees or costs to any party.  ECF No. 23 at 1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Dismissal with Prejudice and without Costs and Fees, **ECF No. 23**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED August 7, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2